UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANDRA FAY TAYLOR,

    Petitioner,

    v.

DEBRA JACQUEZ, Acting Warden,

    Respondent.

No. C 06-4553 PJH (PR)

**ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL**

    The pro se petitioner in this habeas case has moved for appointment of counsel.

    The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes appointment of counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation."

    Petitioner presented her claims adequately in the petition and has filed a traverse; the case is fully submitted and ready for decision. The interests of justice do not require appointment of counsel. The motion for appointment of counsel (document number 7 on the docket) is **DENIED**. The clerk shall send petitioner a copy of the docket sheet for this case with her copy of this order.

    **IT IS SO ORDERED.**

Dated: 7/26/07

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.06\TAYLOR554.ATY.wpd